IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARTIN RHODES | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09-00181 |
| JEFFREY PITTARD, ECLIPSE MARKETING INC. and ORKIN, INC. | ) ) ) ) ) | JUDGE HAYNES |
| Defendants. | ) ) | |

Consolidated with:

| | | |
|---|---|---|
| MARTIN RHODES | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:09-00780 |
| CITY OF MURFREESBORO d/b/a MURFREESBORO POLICE DEPARTMENT and TAD SCOTT | ) ) ) ) | JUDGE HAYNES |
| Defendants. | ) ) ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendants City of Murfreesboro's and Thad Scott's motion for summary judgment (Docket Entry No. 24) is **GRANTED in part**. Plaintiff's §1983 claims are **DISMISSED WITH PREJUDICE**. Plaintiff's state law claims

against Defendants Scott and City of Murfreesboro are **DISMISSED WITHOUT PREJUDICE**.

Defendant Orkin, Inc.'s motion for summary judgment (Docket Entry No. 34) is **DENIED WITHOUT PERJUDICE** given the Court's lack of jurisdiction. Any remaining claims in the action against Defendants Jeffrey Pittard, Eclipse Marketing Inc. and Orkin, Inc. are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

This is the Final Order in the action.

It is so **ORDERED**.

Entered this the 5th day of April, 2011.

WILLIAM J. HAYNES, Jr.
United States District Judge